great Charge to Remove & Transport his s$^d$ Serv$^t$ & [*torn*] from Engld And After some time of Service heer his s$^d$ Serv$^t$ being [*torn*] by Evill Councellors absented himselfe from his Jmploym$^t$: And vpon yo$^r$ [*torn*] Address & Compl$^t$ To y$^e$ Hon$^r$d Govern$^r$ his Hon$^r$ saw Cause if yo$^r$ Pet$^r$ had not Jnterceeded & Remitted his Serv$^{ts}$ Delinquency to have Committed him To Prison However ordered him vpon his perill to Returne to yo$^r$ Pet$^{rs}$ Service Notwithstanding all which y$^e$ s$^d$ Serv$^t$ Regarded not y$^e$ Govern$^{rs}$ Commands nor his owne Duty but Absented himselfe for some Considerable Space from yo$^r$ Pet$^r$ (and as hee was Jnformed) Jndeavoured to Transport himselfe for Jamaica Wherevpon yo$^r$ Pet$^r$ To prevent his Escape & to Recover Reparacion by some Addition of time for his Damage by y$^e$ neglect of his Service & Extraordinary Charge vpon him by Attachm$^t$ Committed him To prison Where by y$^e$ Countenance & Supply of some Contentious persons hee hath Sett vp & practices his Trade refuseing to returne againe To yo$^r$ pet$^{rs}$ Jmployment.

Yo$^r$ pet$^r$ Therefore humbly Commends y$^e$ matter to yo$^r$ Prud$^t$ Consideracion & of what ill Consequence it may bee y$^t$ y$^e$ place y$^t$ is appointed to restraine & punish Refractory Serv$^{ts}$ should bee Jmprooved for their freedome and Advantage & to y$^e$ punishm$^t$ & Jnjury of their Masters And humbly Craves yo$^r$ Just Sentence for his Redress & The prevention of y$^e$ like pernitious practices for y$^e$ future

And yo$^r$ pet$^r$ Shall ever pray

Robert Orchard

[*Endorsed:*] orchards petitio$^n$ 13. m$^r$ch 1676]

## Rock agt. Hudson

Joseph Rock plaint. ag$^t$ Cap$^{tn}$ William Hudson Defend$^t$ in an action of debt of nine pounds Sixteen Shillings in mony due by bill under his hand bearing date march. 18$^o$ 1674/5. with all other due damages according to attachm$^t$ dat$^d$ april: 17$^o$ 1677. . . . The Jury . . . found for the plaintife nine pound Sixteen Shillings mony according to bill and costs of Court Fifteen Shillings.

Execution issued. 16$^o$ April. 1678.

## Clarke etc. ag$^t$ Willys

Thomas Clarke of Boston merchant & Mary Lake Executrix of Tho: Lake dec$^d$ plaint$^s$ ag$^t$ Edward Willys Defend$^t$ for his detaining one hundred Sixty Six pounds Eleven Shillings & five pence mony it being for the value hee received for theire part of Moose and Beaver which hee sold of theires & promised to bring the mony in January last and due damages according to attachm$^t$ dat$^d$ april. 19$^o$ 1677. . . . The Jury . . . found for the Defend$^t$ costs of Court.

## Yardley ag$^t$ Boden

John Yardley plaint. agt. John Boden Defend$^t$ The plaint. nor his attourny appearing. The action was nonsuted.